# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| JENNIFER ANN JASMAINE<br>f/k/a Duane Leroy Fox, | ) <br> ) <br> ) | JUDGMENT IN CASE |
| Plaintiff, | ) | 5:18-cv-00078-MR |
| vs. | ) <br> ) <br> ) | |
| CHRISTINE FOX, et al., | ) <br> ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 20, 2021 Memorandum of Decision and Order.

September 20, 2021

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court